Debra Grassgreen (CA Bar No. 169978)
Jason Pomerantz (CA Bar No. 157216)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DAVID ADKINS aka SINBAD ADKINS,<br><br>Debtor | Case No.: 1:10-bk-11562-VK<br><br>Chapter 7<br><br>**TRUSTEE'S APPLICATION FOR AN ORDER EMPLOYING PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT THEREOF**<br><br>[No Hearing Required Per Local Bankruptcy Rule 2014-1(b)(1)(C)] |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that David K. Gottlieb, the duly appointed chapter 7 trustee in the above-captioned bankruptcy case (the "Trustee") submits this application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), whose business offices are located 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067, as his general

32254-014\DOCS_LA:236253.3

bankruptcy counsel, effective as of April 14, 2011, solely in his capacity as Trustee for the Estate of David Adkins aka Sinbad Adkins.

This Application is brought pursuant to section 327 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the Application, the Trustee respectfully represents as follows:

1. On February 11, 2010 the Debtor, David Adkins aka Sinbad Adkins (the "Debtor"), filed a voluntary petition for bankruptcy relief under chapter 7 of the Bankruptcy Code, and on that same date, David Gottlieb was appointed Trustee of the Debtor's bankruptcy case.

3. The Trustee seeks Court approval to retain the Firm, at the expense of the Estate, to provide the legal services that will be required to administer this chapter 7 case. The Trustee desires to retain the Firm because of its particular expertise in the areas of insolvency, business reorganization and other debtor/creditor matters. The Firm has served as general bankruptcy counsel to chapter 7 and 11 trustees in a great number of cases and to a wide range of debtors in various industries. The Firm also has extensive experience in representing individual creditors, special interest committees, asset purchaser and investors both in and out of court restructurings. Biographical sketches of Debra Grassgreen and Victoria A. Newmark, the primary attorneys at the Firm expected to handle the Firm's representation of the Trustee, are attached hereto as **Exhibit A**. The Firm's depth of experience in bankruptcy makes it well qualified to represent the Trustee. Therefore, the Trustee believes that the Firm's retention is in the best interest of the Estate.

4. The Trustee desired to retain the Firm to undertake such tasks as required by the Trustee, including, but not limited to the following:

    a. Advising the Trustee concerning the rights and remedies of the estate in regard to the assets of the estate, and with respect to the secured, priority and general claims of creditors, including the asserted tax claims of the United States of America and the California

Franchise Tax Board;

      b.    Representing the Trustee in connection with financial and business matters, including the sale of any assets and potential recovery of assets, including royalty rights, licenses, and other intellectual property relating to the Debtor's entertainment career;

      c.    Representing the Trustee in connection with investigation of potential causes of action against persons or entities relating thereto and substantive consolidation or similar types of claims, if warranted and directed by the Trustee to do so;

      d.    Investigating and prosecuting preference, fraudulent transfer and other actions, if any, arising under the Trustee's avoiding powers;

      e.    Representing the Trustee in any proceeding or hearing in the Bankruptcy Court, and in any action in other courts where the rights of the estate may be litigated or affected;

      f.    Conducting examinations of witnesses, claimants, or adverse parties and preparing and assisting in the preparation of reports, accounts, applications and orders; and

      g.    Advising the Trustee concerning the requirements of the Bankruptcy Code and Rules and the requirements of the Office of the United States Trustee relating to the administration of the estate.

5.    To the best of the Trustee's knowledge, and based upon the Declaration of Victoria A. Newmark (the "Newmark Declaration"), filed contemporaneously herewith, neither the Firm nor any of its members have any connection with the Trustee, the Debtor, the Debtor's creditors, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth therein.

6.    The Firm has performed an in-house conflicts check of the Trustee, the Debtor, creditors of the Debtor and holders of executory contracts. The conflicts check has revealed that neither the Firm, nor any of its members have any current representation or economic relationship

with the Debtor, creditors of the Debtor, or non-debtor parties to executory contracts, nor do they have any prior representations of such parties with respect to which the Firm has relevant confidential information.

7. To the best of the Trustee's knowledge, and based on the Newmark Declaration, neither the Firm, nor any of its members represent any interest adverse to that of the Trustee, or of the Estate, in the matters on which the Firm is to be retained. Accordingly, the Firm and its members are disinterested persons, as the Trustee understands this term to be defined, within the meaning of sections 101(14) and 101(31), as modified by section 1103(b), of the Bankruptcy Code.

8. Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, the Trustee proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The Firm has received no retainer from the Trustee. The current hourly rates of Debra Grassgreen and Victoria A. Newmark, the primary attorneys at the Firm expected to handle the Firm's representation of the Trustee, are $795.00 and $650.00, respectively. It is anticipated that other attorneys at the Firm will work on particular matters, including investigation and prosecution of causes of action against third parties, if required. The Hourly rates of the Firm's other attorneys is attached hereto as **Exhibit B.** The current hourly rate of Beth Dassa, the paralegal who will work on this case is $255.00.

9. Pursuant to Local Bankruptcy Rule 2014-1(b)(2)(A), notice of this Application was provided, in the form attached hereto as **Exhibit C**, to the chapter 7 Trustee, the United States trustee, the Debtor's 20 largest unsecured creditors, and parties requesting special notice.

10. It is contemplated that the Firm may seek interim compensation during the case as permitted by §328(a) and 331(a) of the Bankruptcy Code and Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016.

**WHEREFORE**, the Trustee requests that this Court approve the employment of Pachulski Stang Ziehl & Jones LLP, effective as of April 14, 2011, as his general bankruptcy counsel, to render services as described above, with compensation to be paid by the Estate as an administrative expense, in such amounts as this Court may hereafter determine and allow.

Dated: April 18, 2011

By: _____
David K. Gottlieb
Chapter 7 Trustee

# Exhibit A



# Debra Grassgreen

San Francisco Office
150 California Street
15th Floor
San Francisco, CA 94111-4500
dgrassgreen@pszjlaw.com
Tel: 415.263.7000

Ms. Grassgreen has been a partner in the firm since 1997 and has significant experience representing debtors, trustees, and creditors' committees in chapter 11 cases nationwide. Ms. Grassgreen is an author and frequent speaker on various bankruptcy-related topics including the treatment of intellectual property rights in bankruptcy, the interplay of real estate and bankruptcy, entertainment-related bankruptcy issues, issues in hi-tech bankruptcy cases, and individual chapter 11 cases.

Ms. Grassgreen is a fellow in the American College of Bankruptcy and is listed among "Best Lawyers in America" and "San Francisco's Best Lawyers" for her work in bankruptcy and creditor-debtor rights law. Ms. Grassgreen is a graduate of the University of Florida, where she also received her J.D., and is admitted to practice in Florida as well as California. Ms. Grassgreen is a resident in our San Francisco office, having previously resided in our Los Angeles office.

## EDUCATION

- University of Florida (B.S.B.A. 1988; Outstanding Female Graduate)
- University of Florida (J.D., with honors, 1991)

## BAR & COURT ADMISSIONS

- 1992, Florida
- 1994, California

## PROFESSIONAL AFFILIATIONS

- Fellow, American College of Bankruptcy
- Co-chair, Bay Area Network, International Women's Insolvency & Restructuring Confederation (2006-)
- Member, American Bankruptcy Institute Asset Sales Subcommittee (2004-)
- Member, American Bar Association Business Law Section Legislation Subcommittee (2000-2004)

- Member, Florida Bar Association Business Law Section Bankruptcy/UCC Committee (1992-1996)

**INDUSTRIES**

- Automotive
- Construction and Related Industries
- Media and Entertainment
- Real Estate

**PUBLICATIONS**

- Coauthor with M. Litvak: *First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case* (ABI 2d ed. 2006)(sole author of 1st ed. 2003)
- Author: "Individual Chapter 11 Cases After BAPCPA: What Happened to the "Fresh Start"? 2006 *Annual Survey of Bankruptcy Law* 309 (West 2006)
- "Property of the Estate," in *Understanding the Basics of Bankruptcy & Reorganization 2005*, 880 *PLI/Comm* 145 (2005)
- "Sale of Assets," in *Understanding the Basics of Bankruptcy & Reorganization 2005*, 880 *PLI/Comm* 249 (2005)
- "Rejection, Assumption and Assignment of Real Estate Leases Generally," in *Impact of Bankruptcy on Real Property Transactions* (Cal. Cont. Ed. of the Bar 2003)

**PROGRAMS AND LECTURES**

- Practising Law Institute, American Bankruptcy Institute, State Bar of California, Beverly Hills Bar Association, American Bar Association, Bar Association of San Francisco, University of Florida College of Law, California Continuing Education of the Bar, International Council of Shopping Centers

**REPRESENTATIONS**

- Individual chapter 11 debtors: Boxer Mike Tyson; Grammy-award winning singer Toni Braxton; the trustee for Ronald Isley of the Isley Brothers; William Lansdale
- Chapter 11 debtors in Mesa Air Group; MagnaChip Semiconductor; Dunmore Homes, Woodside Homes; Webvan Group; Pacific Crossing Limited (subsidiary of Global Crossing); Laura West Enterprises; RBX Industries; Clarent Corporation; Breed Technologies; TCW/Camil Holdings; Sleepmaster Corporation; Sizzler International; Fresh Choice; SYdran; Tri-Valley Growers; conflicts counsel in Dana Corporation; chapter 11 trustee in Le-Nature's, Inc.
- Receivership: Former San Francisco Mayor Art Agnos as receiver of the SF Housing Authority
- Creditors' committees in Suge Knight/Death Row Records; Landsource Communities Development; Flying J, Inc.; committee conflicts counsel in Chrylser

- Lender/plan sponsor in PacWest Funding Corporation (Columbia Ventures Corporation)

**NEWS**

- Pachulski Stang Honored for Work on Flying J and The Walking Company Chapter 11 Cases
- Two Pachulski Lawyers Named "San Francisco's Best Lawyers"
- PSZJ Attorneys Among Best Lawyers in America
- Debra Grassgreen Inducted Into American College of Bankruptcy

**PAST EVENTS**

- NorCal State of the Industry Event
- Minefields, Sheer Cliffs and Rough Roads: The Landscape of Loan Workouts in 2010
- Business Law Update
- High-income Individuals: Chapter 11 by and for the People
- Financing and Sale of Encumbered Property

**PUBLICATIONS**

- Individual Chapter 11 Cases After BAPCPA

## Victoria A. Newmark

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
vnewmark@pszjlaw.com
Tel: 310.277.6910

Ms. Newmark has extensive experience as a bankruptcy lawyer, including representation of debtors, creditors, and equity holders in chapter 11 reorganization cases. She has also represented buyers and sellers in acquisitions and sales of distressed assets, and borrowers and lenders in loan originations and out-of-court work-outs. Ms. Newmark is a graduate of UC Berkeley and received her J.D. from Yale Law School, where she was an editor of the *Yale Law Journal* and managing editor of the *Yale Journal of International Law*. She co-authored an article on trade vendor rights legislation under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005. She has also been recognized annually ever year from 2004 to 2010 as a Southern California Rising Star in the Law & Politics Media Inc. survey published in *Los Angeles Magazine* and the Southern California edition of *Super Lawyers*. Ms. Newmark is admitted to practice in California and is a resident of our Los Angeles office.

**EDUCATION**

- University of California at Berkeley (B.A. 1991, with honors)
- Yale Law School (J.D. 1995)

**BAR & COURT ADMISSIONS**

- 1996, California

**PUBLICATIONS**

- Coauthor, "Tradeoffs," *The Deal* (May 23, 2005)

**REPRESENTATIONS**

- Represented a subprime mortgage loan originator and servicer, the nation's second-largest at the time of its chapter 11 filing, as debtor's counsel
- Represented the purchaser of a mid-size nutritional supplements distributorship in contested bankruptcy auction proceedings
- Represented a publicly held ISP and global online media content company and its affiliates as debtors' counsel in their chapter 11 cases
- Represented the seed investor and acquirer of a California specialty retail business pursuant to section 363 of the Bankruptcy Code

**NEWS**

- Southern California Rising Star Seven Years Running
- Two "Southern California Rising Stars" at Pachulski

32254-014\DOCS_LA:237317.1

# Exhibit B

# HOURLY BILLING RATES FOR ATTORNEYS AND PARALEGALS OF
## PACHULSKI STANG ZIEHL & JONES LLP
### JANUARY 2011 RATES

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $950.00 |
| James I. Stang | $895.00 |
| Dean A. Ziehl | $895.00 |
| Laura Davis Jones | $895.00 |
| Robert J. Feinstein | $895.00 |
| Jeremy V. Richards | $850.00 |
| Robert B. Orgel | $850.00 |
| Ira D. Kharasch | $850.00 |
| Alan J. Kornfeld | $825.00 |
| Richard J. Gruber | $825.00 |
| Andrew W. Caine | $825.00 |
| Debra Grassgreen | $795.00 |
| Henry C. Kevane | $795.00 |
| Jeffrey N. Pomerantz | $795.00 |
| Linda F. Cantor | $795.00 |
| John A. Morris | $795.00 |
| David J. Barton | $775.00 |
| Stanley E. Goldich | $775.00 |
| David M. Bertenthal | $775.00 |
| Iain A.W. Nasatir | $750.00 |
| Kenneth H. Brown | $750.00 |
| John D. Fiero | $725.00 |
| James E. Mahoney | $725.00 |
| James K.T. Hunter | $725.00 |
| Samuel R. Maizel | $725.00 |
| Steven J. Kahn | $725.00 |
| Ellen M. Bender | $725.00 |
| Daryl G. Parker | $725.00 |
| Bruce Grohsgal | $705.00 |
| Maxim B. Litvak | $675.00 |
| Bradford J. Sandler | $675.00 |
| Shirley S. Cho | $650.00 |
| Harry D. Hochman | $650.00 |
| Victoria A. Newmark | $650.00 |
| James E. O'Neill | $650.00 |
| Joshua M. Fried | $650.00 |
| Jeffrey W. Dulberg | $625.00 |
| Maria Bove | $625.00 |
| Scotta E. McFarland | $595.00 |
| Gina F. Brandt | $595.00 |
| Jonathan J. Kim | $595.00 |
| Malhar S. Pagay | $595.00 |
| Jeffrey Kandel | $595.00 |
| Michael R. Seidl | $595.00 |
| Jason S. Pomerantz | $595.00 |
| Mary D. Lane | $575.00 |
| Gail S. Greenwood | $575.00 |
| Robert M. Saunders | $575.00 |
| Beth E. Levine | $575.00 |
| Jeffrey P. Nolan | $575.00 |
| Nina L. Hong | $575.00 |
| Curtis A. Hehn | $575.00 |
| Gabriella A. Rohwer | $575.00 |
| Werner Disse | $550.00 |
| Erin Gray | $550.00 |
| Gillian N. Brown | $550.00 |
| William L. Ramseyer | $550.00 |
| Pamela E. Singer | $550.00 |
| Miriam Khatiblou | $550.00 |
| Ilan D. Scharf | $550.00 |
| Elissa A. Wagner | $525.00 |
| Timothy P. Cairns | $495.00 |
| John W. Lucas | $495.00 |
| Kathleen P. Makowski | $475.00 |
| Teddy M. Kapur | $475.00 |
| Cia H. Mackle | $425.00 |
| Jason H. Rosell | $395.00 |
| Peter J. Keane | $345.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $255.00 |
| Kathleen F. Finlayson | $255.00 |
| Beth D. Dassa | $255.00 |
| Shawn A. Quinlivan | $255.00 |
| Patricia J. Jeffries | $255.00 |
| Monica A. Molitor | $255.00 |
| Felice S. Harrison | $255.00 |
| Jorge Rojas | $250.00 |
| Louise Tuschak | $245.00 |
| Karina K. Yee | $245.00 |
| Patricia E. Cuniff | $245.00 |
| Margaret L. Oberholzer | $245.00 |
| Cheryl A. Knotts | $235.00 |
| Michael A. Matteo | $220.00 |
| Thomas J. Brown | $220.00 |
| Kati L. Suk | $200.00 |
| John F. Bass | $175.00 |
| Andrew C. Sahn | $175.00 |
| Law Library Dir. | Billing Rate |
| Leslie A. Forrester | $275.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $175.00 |
| Sheryle L. Pitman | $175.00 |
| Dina K. Whaley | $175.00 |
| Beatrice M. Koveleski | $175.00 |
| Charles J. Bouzoukis | $165.00 |
| Andrea R. Paul | $165.00 |
| Karen S. Neil | $165.00 |

DOCS_LA:35875.35

# Exhibit C

Debra Grassgreen (CA Bar No. 169978)
Jason Pomerantz (CA Bar No. 157216)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DAVID ADKINS aka SINBAD ADKINS,<br><br>Debtor | Case No.: 1:10-bk-11562-VK<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE**<br><br>[No Hearing Required Per Local Bankruptcy Rule 2014-1(b)(1)(C)] |

The Court has considered the application (the "Application") of David K. Gottlieb, duly appointed chapter 7 trustee in the above-captioned bankruptcy case (the "Trustee"), to employ the law firm of Pachulski Stang Ziehl & Jones LLP (the "PSZJ" or the "Firm"), as general bankruptcy litigation counsel to the Trustee, solely in his capacity as Trustee for the Estate of David Adkins aka Sinbad Adkins, and the Declaration of Victoria A. Newmark, in support thereof. Based upon the record before the Court, it appears that the Firm does not hold or represent any material interest adverse to the Trustee (the "Trustee") in the matters on which it is to be employed, that the Firm is a disinterested person, that its employment is in the best interest of the Trustee, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules. Accordingly, it is hereby

**ORDERED** that the Trustee is authorized to employ the law firm of Pachulski Stang Ziehl & Jones LLP, as general bankruptcy counsel to the Trustee, on the terms and conditions set forth in the Application and the accompanying Declaration of Victoria A. Newmark, effective as of April 14, 2011.

* * * *