Debra Grassgreen (CA Bar No. 169978)
Jason Pomerantz (CA Bar No. 157216)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DAVID ADKINS aka SINBAD ADKINS,<br><br>Debtor | Case No.: 1:10-bk-11562-VK<br><br>Chapter 7<br><br>**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(b)(2)(A) OF SUBMISSION OF THE TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE**<br><br>[No Hearing Required Per Local Bankruptcy Rule 2014-1(2)(a)] |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that David K. Gottlieb, duly appointed chapter 7 trustee for the Estate of David Adkins aka Sinbad Adkins (the "Trustee"), has submitted its Application to Employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as its Counsel (the "Application) to the

United States Trustee and the United States Bankruptcy Court.

By Application, the Trustee seeks Court approval of the proposed employment effect as of April 14, 2011, for the Firm to, among other things, render the following services to the Trustee:

    a.    Advising the Trustee concerning the rights and remedies of the estate in regard to the assets of the estate, and with respect to the secured, priority and general claims of creditors, including the asserted tax claims of the United States of America and the California Franchise Tax Board;

    b.    Representing the Trustee in connection with financial and business matters, including the sale of any assets and potential recovery of assets, including royalty rights, licenses, and other intellectual property relating to the Debtor's entertainment career;

    c.    Representing the Trustee in connection with investigation of potential causes of action against persons or entities relating thereto and substantive consolidation or similar types of claims, if warranted and directed by the Trustee to do so;

    d.    Investigating and prosecuting preference, fraudulent transfer and other actions, if any, arising under the Trustee's avoiding powers;

    e.    Representing the Trustee in any proceeding or hearing in the Bankruptcy Court, and in any action in other courts where the rights of the estate may be litigated or affected;

    f.    Conducting examinations of witnesses, claimants, or adverse parties and preparing and assisting in the preparation of reports, accounts, applications and orders; and

    g.    Advising the Trustee concerning the requirements of the Bankruptcy Code and Rules and the requirements of the Office of the United States Trustee relating to the administration of the estate.

**PLEASE TAKE FURTHER NOTICE** that it is contemplated that the Firm may seek interim compensation during the case as permitted by sections 328(a) and 331(a) of the Bankruptcy

Code and Bankruptcy Rule 2016. The Firm understands that its compensation in this case is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 328(a) and 331(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

The Trustee desires to employ PSZJ with reasonable fees to be determined by the Court. No compensation will be paid to the Firm except upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has received no retainer in this case. The current hourly rates of Debra Grassgreen and Victoria A. Newmark, the primary attorneys expected to work on this case, are $795.00 and $650.00, respectively.

Pursuant to Section 327 of the Bankruptcy Code a hearing is not required in connection with the Application.

Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on Applicant's counsel and the United Statues Trustee no later than fourteen (14) days from the date of service of this Notice.

A true and correct copy of the Application can be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Boulevard., Suite 1100, Los Angeles, CA 90067, (310) 277-6910, Facsimile (310) 201-0760.

DATED: April 29, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Victoria A. Newmark
[Proposed] Attorneys for David K. Gottlieb,
Chapter 7 Trustee