**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  **Pachulski Stang Ziehl & Jones, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067**

A true and correct copy of the foregoing documents described (1) **TRUSTEE'S APPLICATION FOR AN ORDER EMPLOYING PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT THEREOF; (2) DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; (3) ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; AND (4) NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(B)(2)(A) OF SUBMISSION OF THE TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 29, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 29, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2011** I caused to be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

***Service Via Federal Express***
Honorable Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard – Courtroom 301
Woodland Hills, CA  91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| Date | Type Name | Signature |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

## Service List

2

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

3

David Keith Gottlieb (TR)
dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com

4

5

Gavin L Greene on behalf of Creditor United States of America
gavin.greene@usdoj.gov

6

Bonnie M Holcomb on behalf of Creditor Franchise Tax Board
bonnie.holcomb@doj.ca.gov

7

Dennis E Mcgoldrick on behalf of Debtor David Adkins
dmcgoldricklaw@yahoo.com

8

9

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

10

II. **SERVED BY U.S. MAIL**

11

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

12

13

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952

14

15

16

American Express
Box 0001
Los Angeles, CA 90047-1207

17

18

BMW Bank of North America, Inc. Department
P.O. Box 201347
Arlington, TX 76006

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA