Debra Grassgreen (CA Bar No. 169978)
Jason Pomerantz (CA Bar No. 157216)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for David K. Gottlieb, Chapter 7
Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DAVID ADKINS aka SINBAD ADKINS,<br><br>Debtor. | Case No.: 1:10-bk-11562-VK<br><br>Chapter 7<br><br>**DECLARATION OF VICTORIA A. NEWMARK RE NON-OPPOSITION TO APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS BANKRUPTCY COUNSEL TO THE TRUSTEE, EFFECTIVE APRIL 14, 2011**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 201401(b)] |

I, Victoria A. Newmark, declare as follows:

1.      I am an attorney admitted to practice law in the State of California and before this Court and am of counsel to Pachulski Stang Ziehl & Jones LLP ("PSZJ").

2.      I have personal knowledge of the facts set forth herein and if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      On April 29, 2011, David K. Gottlieb, Chapter 7 Trustee for debtor, David Adkins aka Sinbad Adkins (the "Trustee"), caused to be filed and served his *Application for an Order Employing Pachulski Stang Ziehl & Jones LLP, as General Bankruptcy Counsel Effective April 14, 2011* (the "Application") [Docket No. 35] and *Declaration of Victoria A. Newmark in Support of*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  *Trustee's Application to Employ Pachulski Stang Ziehl & Jones LLP, as General Bankruptcy*

2  *Counsel Effective April 14, 2011* (Docket No. 36] (the "Declaration").  A true and correct copy of

3  the Application and Declaration with their accompanying proof of service are attached respectively

4  hereto as **Exhibit "A".**

5      4.      Also on April 29, 1011, the Trustee filed and served his *Notice of Submission of*

6  *Application for an Order Employing Pachulski Stang Ziehl & Jones LLP, as General Bankruptcy*

7  *Counsel Effective April 14, 2011* [Docket No. 37] (the "Notice").  A true and correct copy of the

8  Notice with its accompanying proof of service is attached hereto as **Exhibit "B".**

9      5.      Pursuant to the terms of the Notice, any party opposing the Application was required

10  to file and serve an opposition to the Application upon the applicant no later than fourteen (14) days

11  from the date of service (or May 13, 2011).

12      6.      As of the date of this declaration, I have not received any opposition to the

13  Application.  Furthermore a review of the Court's proceedings docket reflects that no opposition to

14  the Application has been filed.  Accordingly, concurrently herewith, the Trustee is uploading an

15  Order for approval of the Application.

16      Executed this 6th day of June, 2011, at Los Angeles, California.

17

18                                          */s/ Victoria A. Newmark*
19                                          Victoria A. Newmark

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# Exhibit A

1  Debra Grassgreen (CA Bar No. 169978)
   Jason Pomerantz (CA Bar No. 157216)
2  Victoria A. Newmark (CA Bar No. 183581)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd.
   11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760

6  [Proposed] Attorneys for David K. Gottlieb, Chapter 7
   Trustee

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10            SAN FERNANDO VALLEY DIVISION

11

12  In re:                                 Case No.: 1:10-bk-11562-VK

13  DAVID ADKINS aka SINBAD ADKINS,        Chapter 7

14                      Debtor             **TRUSTEE'S APPLICATION FOR AN
                                           ORDER EMPLOYING PACHULSKI
15                                         STANG ZIEHL & JONES LLP, AS
                                           GENERAL BANKRUPTCY COUNSEL
16                                         TO THE TRUSTEE; DECLARATION
                                           OF VICTORIA A. NEWMARK IN
17                                         SUPPORT THEREOF**

18                                         [No Hearing Required Per Local
                                           Bankruptcy Rule 2014-1(b)(1)(C)]
19

20

21      **TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES**

22  **BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED**

23  **STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

24      **PLEASE TAKE NOTICE** that David K. Gottlieb, the duly appointed chapter 7 trustee in

25  the above-captioned bankruptcy case (the "Trustee") submits this application (the "Application") to

26  employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), whose business offices are

27  located 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067, as his general

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

32254-014\DOCS_LA:236253.3

1    bankruptcy counsel, effective as of April 14, 2011, solely in his capacity as Trustee for the Estate of

2    David Adkins aka Sinbad Adkins.

3         This Application is brought pursuant to section 327 of title 11 of the United States Code (the

4    "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule

5    2014-1. In support of the Application, the Trustee respectfully represents as follows:

6

7         1.    On February 11, 2010 the Debtor, David Adkins aka Sinbad Adkins (the "Debtor"),

8    filed a voluntary petition for bankruptcy relief under chapter 7 of the Bankruptcy Code, and on that

9    same date, David Gottlieb was appointed Trustee of the Debtor's bankruptcy case.

10        3.    The Trustee seeks Court approval to retain the Firm, at the expense of the Estate, to

11   provide the legal services that will be required to administer this chapter 7 case. The Trustee desires

12   to retain the Firm because of its particular expertise in the areas of insolvency, business

13   reorganization and other debtor/creditor matters. The Firm has served as general bankruptcy counsel

14   to chapter 7 and 11 trustees in a great number of cases and to a wide range of debtors in various

15   industries. The Firm also has extensive experience in representing individual creditors, special

16

17   interest committees, asset purchaser and investors both in and out of court restructurings.

18   Biographical sketches of Debra Grassgreen and Victoria A. Newmark, the primary attorneys at the

19   Firm expected to handle the Firm's representation of the Trustee, are attached hereto as **Exhibit A**.

20   The Firm's depth of experience in bankruptcy makes it well qualified to represent the Trustee.

21   Therefore, the Trustee believes that the Firm's retention is in the best interest of the Estate.

22

23        4.    The Trustee desired to retain the Firm to undertake such tasks as required by the

24   Trustee, including, but not limited to the following:

25        a.    Advising the Trustee concerning the rights and remedies of the estate in

26   regard to the assets of the estate, and with respect to the secured, priority and general claims of

27   creditors, including the asserted tax claims of the United States of America and the California

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

32254-014\DOCS_LA:236253.3                                  2

1    Franchise Tax Board;

2            b.      Representing the Trustee in connection with financial and business matters,

3    including the sale of any assets and potential recovery of assets, including royalty rights, licenses,

4    and other intellectual property relating to the Debtor's entertainment career;

5            c.      Representing the Trustee in connection with investigation of potential causes

6    of action against persons or entities relating thereto and substantive consolidation or similar types of

7    claims, if warranted and directed by the Trustee to do so;

8    

9            d.      Investigating and prosecuting preference, fraudulent transfer and other

10    actions, if any, arising under the Trustee's avoiding powers;

11            e.      Representing the Trustee in any proceeding or hearing in the Bankruptcy

12    Court, and in any action in other courts where the rights of the estate may be litigated or affected;

13            f.      Conducting examinations of witnesses, claimants, or adverse parties and

14    preparing and assisting in the preparation of reports, accounts, applications and orders; and

15    

16            g.      Advising the Trustee concerning the requirements of the Bankruptcy Code

17    and Rules and the requirements of the Office of the United States Trustee relating to the

18    administration of the estate.

19            5.      To the best of the Trustee's knowledge, and based upon the Declaration of Victoria

20    A. Newmark (the "Newmark Declaration"), filed contemporaneously herewith, neither the Firm nor

21    any of its members have any connection with the Trustee, the Debtor, the Debtor's creditors, the

22    United States Trustee, or any person employed in the Office of the United States Trustee, except as

23    

24    set forth therein.

25            6.      The Firm has performed an in-house conflicts check of the Trustee, the Debtor,

26    creditors of the Debtor and holders of executory contracts. The conflicts check has revealed that

27    neither the Firm, nor any of its members have any current representation or economic relationship

28    

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   with the Debtor, creditors of the Debtor, or non-debtor parties to executory contracts, nor do they

2   have any prior representations of such parties with respect to which the Firm has relevant

3   confidential information.

4
5           7.      To the best of the Trustee's knowledge, and based on the Newmark Declaration,

6   neither the Firm, nor any of its members represent any interest adverse to that of the Trustee, or of

7   the Estate, in the matters on which the Firm is to be retained.  Accordingly, the Firm and its

8   members are disinterested persons, as the Trustee understands this term to be defined, within the

9   meaning of sections 101(14) and 101(31), as modified by section 1103(b), of the Bankruptcy Code.

10          8.      Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the

11  Local Bankruptcy Rules, the Trustee proposes to pay the Firm its customary hourly rates in effect

12  from time to time and to reimburse the Firm according to its customary reimbursement policies.  The

13  Firm has received no retainer from the Trustee.  The current hourly rates of Debra Grassgreen and

14  Victoria A. Newmark, the primary attorneys at the Firm expected to handle the Firm's representation

15
16  of the Trustee, are $795.00 and $650.00, respectively.  It is anticipated that other attorneys at the

17  Firm will work on particular matters, including investigation and prosecution of causes of action

18  against third parties, if required.  The Hourly rates of the Firm's other attorneys is attached hereto as

19  **Exhibit B.**  The current hourly rate of Beth Dassa, the paralegal who will work on this case is

20  $255.00.

21
22          9.      Pursuant to Local Bankruptcy Rule 2014-1(b)(2)(A), notice of this Application was

23  provided, in the form attached hereto as **Exhibit C**, to the chapter 7 Trustee, the United States

24  trustee, the Debtor's 20 largest unsecured creditors, and parties requesting special notice.

25          10.     It is contemplated that the Firm may seek interim compensation during the case as

26  permitted by §328(a) and 331(a) of the Bankruptcy Code and Bankruptcy Rule 2016, and Local

27  Bankruptcy Rule 2016.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**WHEREFORE,** the Trustee requests that this Court approve the employment of Pachulski Stang Ziehl & Jones LLP, effective as of April 14, 2011, as his general bankruptcy counsel, to render services as described above, with compensation to be paid by the Estate as an administrative expense, in such amounts as this Court may hereafter determine and allow.

Dated: April 18, 2011

By: _____
David K. Gottlieb
Chapter 7 Trustee

32254-014\DOCS_LA:236253.3

5

# Exhibit A



## Debra Grassgreen

San Francisco Office
150 California Street
15th Floor
San Francisco, CA 94111-4500
dgrassgreen@pszjlaw.com
Tel: 415.263.7000

Ms. Grassgreen has been a partner in the firm since 1997 and has significant experience representing debtors, trustees, and creditors' committees in chapter 11 cases nationwide. Ms. Grassgreen is an author and frequent speaker on various bankruptcy-related topics including the treatment of intellectual property rights in bankruptcy, the interplay of real estate and bankruptcy, entertainment-related bankruptcy issues, issues in hi-tech bankruptcy cases, and individual chapter 11 cases.

Ms. Grassgreen is a fellow in the American College of Bankruptcy and is listed among "Best Lawyers in America" and "San Francisco's Best Lawyers" for her work in bankruptcy and creditor-debtor rights law. Ms. Grassgreen is a graduate of the University of Florida, where she also received her J.D., and is admitted to practice in Florida as well as California. Ms. Grassgreen is a resident in our San Francisco office, having previously resided in our Los Angeles office.

### EDUCATION

- University of Florida (B.S.B.A. 1988; Outstanding Female Graduate)
- University of Florida (J.D., with honors, 1991)

### BAR & COURT ADMISSIONS

- 1992, Florida
- 1994, California

### PROFESSIONAL AFFILIATIONS

- Fellow, American College of Bankruptcy
- Co-chair, Bay Area Network, International Women's Insolvency & Restructuring Confederation (2006-)
- Member, American Bankruptcy Institute Asset Sales Subcommittee (2004-)
- Member, American Bar Association Business Law Section Legislation Subcommittee (2000-2004)

32254-014\DOCS_LA:237316.1

- Member, Florida Bar Association Business Law Section Bankruptcy/UCC Committee (1992-1996)

**INDUSTRIES**

- Automotive
- Construction and Related Industries
- Media and Entertainment
- Real Estate

**PUBLICATIONS**

- Coauthor with M. Litvak: *First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case* (ABI 2d ed. 2006)(sole author of 1st ed. 2003)
- Author: "Individual Chapter 11 Cases After BAPCPA: What Happened to the "Fresh Start"? 2006 *Annual Survey of Bankruptcy Law* 309 (West 2006)
- "Property of the Estate," in *Understanding the Basics of Bankruptcy & Reorganization 2005*, 880 *PLI/Comm* 145 (2005)
- "Sale of Assets," in *Understanding the Basics of Bankruptcy & Reorganization 2005*, 880 *PLI/Comm* 249 (2005)
- "Rejection, Assumption and Assignment of Real Estate Leases Generally," in *Impact of Bankruptcy on Real Property Transactions* (Cal. Cont. Ed. of the Bar 2003)

**PROGRAMS AND LECTURES**

- Practising Law Institute, American Bankruptcy Institute, State Bar of California, Beverly Hills Bar Association, American Bar Association, Bar Association of San Francisco, University of Florida College of Law, California Continuing Education of the Bar, International Council of Shopping Centers

**REPRESENTATIONS**

- Individual chapter 11 debtors: Boxer Mike Tyson; Grammy-award winning singer Toni Braxton; the trustee for Ronald Isley of the Isley Brothers; William Lansdale
- Chapter 11 debtors in Mesa Air Group; MagnaChip Semiconductor; Dunmore Homes, Woodside Homes; Webvan Group; Pacific Crossing Limited (subsidiary of Global Crossing); Laura West Enterprises; RBX Industries; Clarent Corporation; Breed Technologies; TCW/Camil Holdings; Sleepmaster Corporation; Sizzler International; Fresh Choice; SYdran; Tri-Valley Growers; conflicts counsel in Dana Corporation; chapter 11 trustee in Le-Nature's, Inc.
- Receivership: Former San Francisco Mayor Art Agnos as receiver of the SF Housing Authority
- Creditors' committees in Suge Knight/Death Row Records; Landsource Communities Development; Flying J, Inc.; committee conflicts counsel in Chryler

- Lender/plan sponsor in PacWest Funding Corporation (Columbia Ventures Corporation)

**NEWS**

- Pachulski Stang Honored for Work on Flying J and The Walking Company Chapter 11 Cases
- Two Pachulski Lawyers Named "San Francisco's Best Lawyers"
- PSZJ Attorneys Among Best Lawyers in America
- Debra Grassgreen Inducted Into American College of Bankruptcy

**PAST EVENTS**

- NorCal State of the Industry Event
- Minefields, Sheer Cliffs and Rough Roads: The Landscape of Loan Workouts in 2010
- Business Law Update
- High-income Individuals: Chapter 11 by and for the People
- Financing and Sale of Encumbered Property

**PUBLICATIONS**

- Individual Chapter 11 Cases After BAPCPA

## Victoria A. Newmark

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
vnewmark@pszjlaw.com
Tel: 310.277.6910

Ms. Newmark has extensive experience as a bankruptcy lawyer, including representation of debtors, creditors, and equity holders in chapter 11 reorganization cases. She has also represented buyers and sellers in acquisitions and sales of distressed assets, and borrowers and lenders in loan originations and out-of-court work-outs. Ms. Newmark is a graduate of UC Berkeley and received her J.D. from Yale Law School, where she was an editor of the *Yale Law Journal* and managing editor of the *Yale Journal of International Law*. She co-authored an article on trade vendor rights legislation under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005. She has also been recognized annually ever year from 2004 to 2010 as a Southern California Rising Star in the Law & Politics Media Inc. survey published in *Los Angeles Magazine* and the Southern California edition of *Super Lawyers*. Ms. Newmark is admitted to practice in California and is a resident of our Los Angeles office.

### EDUCATION

- University of California at Berkeley (B.A. 1991, with honors)
- Yale Law School (J.D. 1995)

### BAR & COURT ADMISSIONS

- 1996, California

### PUBLICATIONS

- Coauthor, "Tradeoffs," *The Deal* (May 23, 2005)

### REPRESENTATIONS

- Represented a subprime mortgage loan originator and servicer, the nation's second-largest at the time of its chapter 11 filing, as debtor's counsel
- Represented the purchaser of a mid-size nutritional supplements distributorship in contested bankruptcy auction proceedings
- Represented a publicly held ISP and global online media content company and its affiliates as debtors' counsel in their chapter 11 cases
- Represented the seed investor and acquirer of a California specialty retail business pursuant to section 363 of the Bankruptcy Code

### NEWS

- Southern California Rising Star Seven Years Running
- Two "Southern California Rising Stars" at Pachulski

32254-014\DOCS_LA:237317.1

# Exhibit B

Case 1:10-bk-11562-VK   Doc 35   Filed 04/29/11   Entered 04/29/11 15:53:01   Desc
Main Document   Page 12 of 15

### HOURLY BILLING RATES OF ATTORNEYS AND PARALEGALS OF
### PACHULSKI STANG ZIEHL & JONES LLP
### JANUARY 2011 RATES

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $950.00 |
| James I. Stang | $895.00 |
| Dean A. Ziehl | $895.00 |
| Laura Davis Jones | $895.00 |
| Robert J. Feinstein | $895.00 |
| Jeremy V. Richards | $850.00 |
| Robert B. Orgel | $850.00 |
| Ira D. Kharasch | $850.00 |
| Alan J. Kornfeld | $825.00 |
| Richard J. Gruber | $825.00 |
| Andrew W. Caine | $825.00 |
| Debra Grassgreen | $795.00 |
| Henry C. Kevane | $795.00 |
| Jeffrey N. Pomerantz | $795.00 |
| Linda F. Cantor | $795.00 |
| John A. Morris | $795.00 |
| David J. Barton | $775.00 |
| Stanley E. Goldich | $775.00 |
| David M. Bertenthal | $775.00 |
| Iain A.W. Nasatir | $750.00 |
| Kenneth H. Brown | $750.00 |
| John D. Fiero | $725.00 |
| James E. Mahoney | $725.00 |
| James K.T. Hunter | $725.00 |
| Samuel R. Maizel | $725.00 |
| Steven J. Kahn | $725.00 |
| Ellen M. Bender | $725.00 |
| Daryl G. Parker | $725.00 |
| Bruce Grohsgal | $705.00 |
| Maxim B. Litvak | $675.00 |
| Bradford J. Sandler | $675.00 |
| Shirley S. Cho | $650.00 |
| Harry D. Hochman | $650.00 |
| Victoria A. Newmark | $650.00 |
| James E. O'Neill | $650.00 |
| Joshua M. Fried | $650.00 |
| Jeffrey W. Dulberg | $625.00 |
| Maria Bove | $625.00 |
| Scotta E. McFarland | $595.00 |
| Gina F. Brandt | $595.00 |
| Jonathan J. Kim | $595.00 |
| Malhar S. Pagay | $595.00 |
| Jeffrey Kandel | $595.00 |
| Michael R. Seidl | $595.00 |
| Jason S. Pomerantz | $595.00 |
| Mary D. Lane | $575.00 |
| Gail S. Greenwood | $575.00 |
| Robert M. Saunders | $575.00 |
| Beth E. Levine | $575.00 |
| Jeffrey P. Nolan | $575.00 |
| Nina L. Hong | $575.00 |

| Curtis A. Hehn | $575.00 |
|---|---|
| Gabriella A. Rohwer | $575.00 |
| Werner Disse | $550.00 |
| Erin Gray | $550.00 |
| Gillian N. Brown | $550.00 |
| William L. Ramseyer | $550.00 |
| Pamela E. Singer | $550.00 |
| Miriam Khatiblou | $550.00 |
| Ilan D. Scharf | $550.00 |
| Elissa A. Wagner | $525.00 |
| Timothy P. Cairns | $495.00 |
| John W. Lucas | $495.00 |
| Kathleen P. Makowski | $475.00 |
| Teddy M. Kapur | $475.00 |
| Cia H. Mackle | $425.00 |
| Jason H. Rosell | $395.00 |
| Peter J. Keane | $345.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $255.00 |
| Kathleen F. Finlayson | $255.00 |
| Beth D. Dassa | $255.00 |
| Shawn A. Quinlivan | $255.00 |
| Patricia J. Jeffries | $255.00 |
| Monica A. Molitor | $255.00 |
| Felice S. Harrison | $255.00 |
| Jorge Rojas | $250.00 |
| Louise Tuschak | $245.00 |
| Karina K. Yee | $245.00 |
| Patricia E. Cuniff | $245.00 |
| Margaret L. Oberholzer | $245.00 |
| Cheryl A. Knotts | $235.00 |
| Michael A. Matteo | $220.00 |
| Thomas J. Brown | $220.00 |
| Kati L. Suk | $200.00 |
| John F. Bass | $175.00 |
| Andrew C. Sahn | $175.00 |
| Law Library Dir. | Billing Rate |
| Leslie A. Forrester | $275.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $175.00 |
| Sheryle L. Pitman | $175.00 |
| Dina K. Whaley | $175.00 |
| Beatrice M. Koveleski | $165.00 |
| Charles J. Bouzoukis | $165.00 |
| Andrea R. Paul | $165.00 |
| Karen S. Neil | $165.00 |

DOCS_LA:35875.35

# Exhibit C

1  Debra Grassgreen (CA Bar No. 169978)
   Jason Pomerantz (CA Bar No. 157216)
2  Victoria A. Newmark (CA Bar No. 183581)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd.
   11th Floor
4  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760

6  [Proposed] Attorneys for David K. Gottlieb, Chapter 7
   Trustee

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SAN FERNANDO VALLEY DIVISION

11

12  In re:                              Case No.: 1:10-bk-11562-VK

13  DAVID ADKINS aka SINBAD ADKINS,     Chapter 7

14              Debtor               ORDER GRANTING TRUSTEE'S
                                     APPLICATION TO EMPLOY
15                                   PACHULSKI STANG ZIEHL & JONES
                                     LLP, AS GENERAL BANKRUPTCY
16                                   COUNSEL TO THE TRUSTEE

17                                   [No Hearing Required Per Local
                                     Bankruptcy Rule 2014-1(b)(1)(C)]
18

19

20        The Court has considered the application (the "Application") of David K. Gottlieb, duly

21  appointed chapter 7 trustee in the above-captioned bankruptcy case (the "Trustee"), to employ the

22  law firm of Pachulski Stang Ziehl & Jones LLP (the "PSZJ" or the "Firm"), as general bankruptcy

23  litigation counsel to the Trustee, solely in his capacity as Trustee for the Estate of David Adkins aka

24  Sinbad Adkins, and the Declaration of Victoria A. Newmark, in support thereof.  Based upon the

25  record before the Court, it appears that the Firm does not hold or represent any material interest

26  adverse to the Trustee (the "Trustee") in the matters on which it is to be employed, that the Firm is a

27  disinterested person, that its employment is in the best interest of the Trustee, and that no hearing on

28  the Application is required pursuant to the Local Bankruptcy Rules.  Accordingly, it is hereby

1        **ORDERED** that the Trustee is authorized to employ the law firm of Pachulski Stang Ziehl &

2   Jones LLP, as general bankruptcy counsel to the Trustee, on the terms and conditions set forth in the

3   Application and the accompanying Declaration of Victoria A. Newmark, effective as of April 14,

4   2011.

5                            * * * *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Debra Grassgreen (CA Bar No. 169978)
Jason Pomerantz (CA Bar No. 157216)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for David K. Gottlieb, Chapter 7
Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re: | Case No.: 1:10-bk-11562-VK |
|---|---|
| DAVID ADKINS aka SINBAD ADKINS, | Chapter 7 |
| Debtor | DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE |
| | [No Hearing Required Per Local Bankruptcy Rule 2014-1(b)(1)(C)] |

I, Victoria A. Newmark, declare as follows:

1.    I am an attorney duly admitted to practice by the State of California and before this Court.

2.    I make this declaration in support of the application (the "Application") filed by David K. Gottlieb, the duly appointed chapter 7 trustee in the above-captioned bankruptcy case (the "Trustee") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as general bankruptcy counsel on behalf of the Trustee, solely in his capacity as Trustee for the Estate of David Adkins aka Sinbad Adkins (the "Debtor").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3.      The name, address, telephone number and facsimile number of the Firm are:

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760

4.      This Firm has particular expertise in the areas of insolvency, business reorganization and other debtor/creditor matters.  The Firm has served as general bankruptcy counsel to chapter 7 and 11 trustees in a great number of cases and to a wide range of debtors in various industries.  In addition, the Firm has served as counsel to unsecured creditors' committees in numerous chapter 11 cases.  The Firm also has extensive experience in representing individual creditors, special interest committees, asset purchasers and investors in both in and out of court restructurings.  Biographical sketches of Debra Grassgreen and Victoria A. Newmark, the primary attorneys at the Firm expected to handle the Firm's representation of the Trustee, are attached to the Application as **Exhibit A.**  The Firm's depth of experience in bankruptcy makes it well qualified to represent the Trustee.  Therefore, the Trustee believes that the Firm's retention is in the best interest of the Estate.

5.      The Trustee desires to retain the Firm, at the expense of the estate, to undertake such tasks as required by the Trustee, including, but not limited to the following:

a.      Advising the Trustee concerning the rights and remedies of the estate in regard to the assets of the estate, and with respect to the secured, priority and general claims of creditors, including the asserted tax claims of the United States of America and the California Franchise Tax Board;

b.      Representing the Trustee in connection with financial and business matters, including the sale of any assets and potential recovery of assets, including royalty rights, licenses, and other intellectual property relating to the Debtor's entertainment career;

c.      Representing the Trustee in connection with investigation of potential causes

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  of action against persons or entities relating thereto and substantive consolidation or similar types of

2  claims, if warranted and directed by the Trustee to do so;

3          d.       Investigating and prosecuting preference, fraudulent transfer and other

4  actions, if any, arising under the Trustee's avoiding powers;

5

6          e.       Representing the Trustee in any proceeding or hearing in the Bankruptcy

7  Court, and in any action in other courts where the rights of the estate may be litigated or affected;

8          f.       Conducting examinations of witnesses, claimants, or adverse parties and

9  preparing and assisting in the preparation of reports, accounts, applications and orders; and

10          g.       Advising the Trustee concerning the requirements of the Bankruptcy Code

11  and Rules and the requirements of the Office of the United States Trustee relating to the

12  administration of the estate.

13          6.       Subject to the approval of the Court under applicable provisions of the Bankruptcy

14  Code, the Trustee proposes to pay the Firm its customary hourly rates in effect, from time to time,

15

16  and to reimburse the Firm for its expenses according to its customary reimbursement policies. There

17  are no arrangements between the Firm and any other entity for the sharing of compensation received,

18  or to be received, in connection with the case, except insofar as such compensation may be shared

19  among the members and regular associates of the Firm. The current hourly rates of Debra

20  Grassgreen and Victoria A. Newmark are $795.00 and $650.00, respectively. The hourly rates of the

21  Firm's other attorneys are attached to the Application as **Exhibit B.** The current hourly rate of Beth

22

23  Dassa, the paralegal who will work on this case is $255.00.

24          7.       It is contemplated that the Firm may seek interim compensation during the case as

25  permitted by sections 328(a) and 331(a) of the Bankruptcy Code and Bankruptcy Rule 2016. The

26  Firm understands that its compensation in this case is subject to the prior approval of this Court. No

27  compensation will be paid except upon application to and approval by this Court after notice and a

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    hearing in accordance with sections 328(a) and 331(a) of the Bankruptcy Code, Bankruptcy Rule

2    2016, and Local Bankruptcy Rule 2016.

3         8.     To the best of my knowledge, neither the Firm, nor any of its members or of counsel,

4    has any connection with the Trustee, the Debtor, any creditors of the estate, any party in interest, its

5    attorneys or accountants, any bankruptcy judge of this Court, the United States Trustee or any person

6    employed in the Office of the United States Trustee, except as follows:

7

8         a.     The Firm has served and, in some cases, continues to serve David K. Gottlieb

9    as counsel in certain unrelated bankruptcy cases, in Mr. Gottlieb's capacity as trustee or examiner in

10    said cases. These other bankruptcy cases are unrelated to the Debtor's case. A comprehensive list

11    of these other prior or current representations will be provided to the Office of the United States

12    Trustee upon request.

13         9.     Neither the Firm, nor any of its member or of counsel, represents any interest adverse

14

15    to that of the Trustee, the Debtor or of the Estate in the matters on which it is to be retained.

16        10.     Neither the Firm, nor any of its members represent any interest adverse to that of the

17    Trustee, or of the Estate, in the matters on which the Firm is to be retained. Accordingly, the Firm

18    and its members are disinterested persons, as the Trustee understands this term to be defined, within

19    the meaning of sections 101(14) and 101(31), as modified by section 1103(b), of the Bankruptcy

20    Code

21        11.     The Firm has not represented and does not currently represent a related debtor in a

22    bankruptcy case in this Court or any other court.

23

24        12.     Each member of the Firm is familiar with the Bankruptcy Code, Bankruptcy Rules,

25    Local Bankruptcy Rules and United States Trustee Guides and will comply with them.

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

13.    To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 29th day of April, 2011, at Los·Angeles, California.

Victoria A. Newmark

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Pachulski Stang Ziehl & Jones, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067**

A true and correct copy of the foregoing documents described (1) TRUSTEE'S APPLICATION FOR AN ORDER EMPLOYING PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT THEREOF; (2) DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; (3) ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; AND (4) NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(B)(2)(A) OF SUBMISSION OF THE TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 29, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On April 29, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 29, 2011 I caused to be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*Service Via Federal Express*
Honorable Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard – Courtroom 301
Woodland Hills, CA  91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| April 29, 2011 | Janice G. Washington | /s/ Janice G. Washington |
| Date | Type Name | Signature |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

32254-014\DOCS_LA:236253.3

1

## Service List

2

### I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

3

4   David Keith Gottlieb (TR)
    dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com

5   Gavin L Greene on behalf of Creditor United States of America
    gavin.greene@usdoj.gov

6

7   Bonnie M Holcomb on behalf of Creditor Franchise Tax Board
    bonnie.holcomb@doj.ca.gov

8   Dennis E Mcgoldrick on behalf of Debtor David Adkins
    dmcgoldricklaw@yahoo.com

9   United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

10

### II.  SERVED BY U.S. MAIL

11

12  Internal Revenue Service
    PO Box 21126
    Philadelphia, PA  19114

13

14  Franchise Tax Board
    Bankruptcy Unit
    PO Box 2952
15  Sacramento, CA  95812-2952

16  American Express
    Box 0001
17  Los Angeles, CA  90047-1207

18  BMW Bank of North America, Inc. Department
    P.O. Box 201347
19  Arlington, TX 76006

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# Exhibit B

1  Debra Grassgreen (CA Bar No. 169978)
   Jason Pomerantz (CA Bar No. 157216)
2  Victoria A. Newmark (CA Bar No. 183581)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd.
   11th Floor
4  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760

6  [Proposed] Attorneys for David K. Gottlieb, Chapter 7
   Trustee

7

8                   UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                  SAN FERNANDO VALLEY DIVISION

11

12  In re:                                    Case No.: 1:10-bk-11562-VK

13  DAVID ADKINS aka SINBAD ADKINS,           Chapter 7

14                         Debtor             NOTICE PURSUANT TO LOCAL
                                              BANKRUPTCY RULE 2014-1(b)(2)(A)
15                                            OF SUBMISSION OF THE
                                              TRUSTEE'S APPLICATION TO
16                                            EMPLOY PACHULSKI STANG ZIEHL
                                              & JONES LLP, AS GENERAL
17                                            BANKRUPTCY COUNSEL TO THE
                                              TRUSTEE
18

19                                            [No Hearing Required Per Local
                                              Bankruptcy Rule 2014-1(2)(a)]
20

21

22     TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES

23  BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED

24  STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

25          PLEASE TAKE NOTICE that  David K. Gottlieb, duly appointed chapter 7 trustee for the

26  Estate of David Adkins aka Sinbad Adkins (the "Trustee"),has  submitted its Application to Employ

27  Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as its Counsel (the "Application) to the

28

1   United States Trustee and the United States Bankruptcy Court.

2       By Application, the Trustee seeks Court approval of the proposed employment effect as of

3   April 14, 2011, for the Firm to, among other things, render the following services to the Trustee:

4           a.      Advising the Trustee concerning the rights and remedies of the estate in

5

6   regard to the assets of the estate, and with respect to the secured, priority and general claims of

7   creditors, including the asserted tax claims of the United States of America and the California

8   Franchise Tax Board;

9           b.      Representing the Trustee in connection with financial and business matters,

10  including the sale of any assets and potential recovery of assets, including royalty rights, licenses,

11  and other intellectual property relating to the Debtor's entertainment career;

12          c.      Representing the Trustee in connection with investigation of potential causes

13  of action against persons or entities relating thereto and substantive consolidation or similar types of

14

15  claims, if warranted and directed by the Trustee to do so;

16          d.      Investigating and prosecuting preference, fraudulent transfer and other

17  actions, if any, arising under the Trustee's avoiding powers;

18          e.      Representing the Trustee in any proceeding or hearing in the Bankruptcy

19  Court, and in any action in other courts where the rights of the estate may be litigated or affected;

20          f.      Conducting examinations of witnesses, claimants, or adverse parties and

21

22  preparing and assisting in the preparation of reports, accounts, applications and orders; and

23          g.      Advising the Trustee concerning the requirements of the Bankruptcy Code

24  and Rules and the requirements of the Office of the United States Trustee relating to the

25  administration of the estate.

26      PLEASE TAKE FURTHER NOTICE that it is contemplated that the Firm may seek

27  interim compensation during the case as permitted by sections 328(a) and 331(a) of the Bankruptcy

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Code and Bankruptcy Rule 2016.  The Firm understands that its compensation in this case is subject

2  to the prior approval of this Court.  No compensation will be paid except upon application to and

3  approval by this Court after notice and a hearing in accordance with sections 328(a) and 331(a) of

4  the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

5

6       The Trustee desires to employ PSZJ with reasonable fees to be determined by the Court.  No

7  compensation will be paid to the Firm except upon application to, and approval by, the Bankruptcy

8  Court after notice and a hearing.  The Firm has received no retainer in this case.  The current hourly

9  rates of Debra Grassgreen and Victoria A. Newmark, the primary attorneys expected to work on this

10  case, are $795.00 and $650.00, respectively.

11      Pursuant to Section 327 of the Bankruptcy Code a hearing is not required in connection with

12  the Application.

13      Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for hearing, in

14  the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on Applicant's

15  counsel and the United Statues Trustee no later than fourteen (14) days from the date of service of

16  this Notice.

17      A true and correct copy of the Application can be obtained by contacting Beth Dassa,

18  Paralegal, Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Boulevard., Suite 1100, Los

19  Angeles, CA 90067, (310) 277-6910, Facsimile (310) 201-0760.

20  DATED: April 29, 2011

                    PACHULSKI STANG ZIEHL & JONES LLP

                    By: _Victoria A. Newmark_
                        Victoria A. Newmark
                        [Proposed] Attorneys for David K. Gottlieb,
                        Chapter 7 Trustee

32254-014\DOCS_LA:236253.3              3

Case 1:10-bk-11562-VK    Doc 38    Filed 04/29/11    Entered 04/29/11 16:06:17    Desc
Main Document      Page 1 of 2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Pachulski Stang Ziehl & Jones, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067**

A true and correct copy of the foregoing documents described (1) TRUSTEE'S APPLICATION FOR AN ORDER EMPLOYING PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT THEREOF; (2) DECLARATION OF VICTORIA A. NEWMARK IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; (3) ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE; AND (4) NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(B)(2)(A) OF SUBMISSION OF THE TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 29, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

            ☒  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **April 29, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

            ☒  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2011** I caused to be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*Service Via Federal Express*
Honorable Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard -- Courtroom 301
Woodland Hills, CA  91367

            ☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| April 29, 2011 | Janice G. Washington | */s/ Janice G. Washington* |
| *Date* | *Type Name* | *Signature* |

32254-014\DOCS_LA:236253.3

*(left margin, vertical text)* PACHULSKI STANG ZIEHL & JONES LLP  ATTORNEYS AT LAW  LOS ANGELES, CALIFORNIA

**Service List**

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

David Keith Gottlieb (TR)
dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com

Gavin L Greene on behalf of Creditor United States of America
gavin.greene@usdoj.gov

Bonnie M Holcomb on behalf of Creditor Franchise Tax Board
bonnie.holcomb@doj.ca.gov

Dennis E Mcgoldrick on behalf of Debtor David Adkins
dmcgoldricklaw@yahoo.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL**

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952

American Express
Box 0001
Los Angeles, CA  90047-1207

BMW Bank of North America, Inc. Department
P.O. Box 201347
Arlington, TX 76006

32254-014\DOCS_LA:236253.3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2  **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in
Category I.

3  Proposed orders do not generate an NEF because only orders that have been entered are placed on the
CM/ECF docket.

4  **PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business

5  address is:

6  **10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067**

7  A true and correct copy of the foregoing documents described **DECLARATION OF VICTORIA A. NEWMARK
RE NON-OPPOSITION TO APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY PACHULSKI STANG**

8  **ZIEHL & JONES LLP AS BANKRUPTCY COUNSEL TO THE TRUSTEE, EFFECTIVE APRIL 14, 2011** will
be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d);

9  and (b) in the manner indicated below:

10  **I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to
controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by

11  the court via NEF and hyperlink to the document. On **June 6, 2011,** I checked the CM/ECF docket for this
bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic

12  Mail Notice List to receive NEF transmission at the email address(es) indicated below:

13  ☒  Service information continued on attached page

14  **II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 6, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this

15  bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in
the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as

16  follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later
than 24 hours after the document is filed.

17  ☒  Service information continued on attached page

18  **III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 6, 2011** I caused to

19  be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here

20  constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the
document is filed.

21  *Service Via Federal Express*

22  Honorable Victoria S. Kaufman
United States Bankruptcy Court

23  21041 Burbank Boulevard – Courtroom 301
Woodland Hills, CA  91367

24  ☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and

25  correct.

26  | June 6, 2011 | Janice G. Washington | /s/ Janice G. Washington |
| Date | Type Name | Signature |

27

28

1

### Service List

2

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

3

4

David Keith Gottlieb (TR)
dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com

5

Gavin L Greene on behalf of Creditor United States of America
gavin.greene@usdoj.gov

6

7

Bonnie M Holcomb on behalf of Creditor Franchise Tax Board
bonnie.holcomb@doj.ca.gov

8

9

Dennis E McGoldrick on behalf of Debtor David Adkins
dmcgoldricklaw@yahoo.com

10

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

11

12

II. **SERVED BY U.S. MAIL**
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

13

14

15

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952

16

17

18

American Express
Box 0001
Los Angeles, CA  90047-1207

19

20

BMW Bank of North America, Inc. Department
P.O. Box 201347
Arlington, TX 76006

21

22

Dennis E. McGoldrick, Esq.
Law Offices of Dennis E. McGoldrick
350 South Crenshaw Blvd., #A207B
Torrance, CA  90503

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

32254-014\DOCS_LA:238352.2